IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF WEST VIRGINIA MARTINSBURG DIVISION

ASHLEY N. BLIZZARD, and
AARON C. AMORE, TRUSTEE,
Plaintiffs,

v.

SYNCHRONY BANK,
Defendant

Case No.: 3:18-cv-00002
(formerly No. CC-33-2017-C-58
in the Circuit Court of
Morgan County, W. Va.)

## **NOTICE OF DISMISSAL**

Plaintiffs, Blizzard, and Aaron C. Amore, Trustee, by counsel, Aaron C. Amore and Amore Law, PLLC, hereby give notice of their dismissal of this civil action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

1. Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), permits a party to dismiss an action without prejudice;

2. The Plaintiffs have not yet exercised their right to a dismissal in this civil action;

3. The Defendant has not filed an answer, counter-claim or motion for summary judgment in either the state court action nor the removed federal action civil action;

Respectfully submitted,

**Ashley N. Blizzard, Pro Se**
**Aaron C. Amore, Trustee**
**By Counsel**

        */s/ Aaron C. Amore*
        Aaron C. Amore, Esq., WVSB# 6455
        AMORE LAW, PLLC
        206 West Liberty Street
        P.O. Box 386
        Charles Town, WV 25414
        Phone: 304-885-4111
        Facsimile: 866-417-8796
        E-mail: aaron@amorelaw.com


        ***/s/Ashley N. Blizzard*  1/26/18**
        Ashley N. Blizzard

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and accurate copy of the foregoing ***NOTICE OF DISMISSAL*** was served via CM/ECF on this 30th day of January 2018 to the following:


Bryant J. Spann, Esq. (WVSB No. 8628)
M. David Griffith, Jr., Esq. (WVSB No. 7720)
Joseph K. Merical, Esq. (WVSB No. 11646)
THOMAS COMBS &SPANN, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338
*Counsel for Defendant Synchrony Bank*

        */s/ Aaron C. Amore*
        Aaron C. Amore, Esquire, WVSB 6455